FURTH LEHMANN & GRANT LLP
FREDERICK P. FURTH, ESQ. (SBN 38438)
MICHAEL P. LEHMANN, ESQ. (SBN 77152)
JESSICA L. GRANT, ESQ. (SBN 178138)
225 Bush Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 433-2070
Fax: (415) 982-2076
Email: fpfurth@furth.com; mplehmann@furth.com;
 and jgrant@furth.com
*Attorneys for Plaintiff Eileen Foster, on behalf of*
*herself and all others similarly situated*

GREENBERG TRAURIG, LLP
MICHAEL DRURY, ESQ. (SBN 177993)
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
Telephone: (714) 708-6500
Facsimile: (714) 708-6501
Email: drurym@gtlaw.com

*Attorneys for Defendants Wal-Mart Stores, Inc.,*
*a Delaware corporation, and Sam's West, Inc.,*
*a California corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN FOSTER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation, SAM'S WEST, INC., a California corporation, and DOES 1 through 100,<br><br>Defendants. | CASE NO.: C06-07272 SC (ADR)<br><br>CLASS ACTION COMPLAINT<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT; AND [PROPOSED] ORDER** |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

The parties to this action respectfully move this Court for an extension of time for Defendants to answer, move or otherwise respond to Plaintiffs' complaint, pending transfer of this matter to a Multi-District Litigation ("MDL") proceeding pending in Las Vegas, Nevada. As grounds for this Motion, Defendants state as follows:

1. Plaintiffs filed their Complaint in this action on November 27, 2006. Defendants' answer or other response to the Complaint is due on or before December 21, 2006.

2. On November 29, 2006, Plaintiffs filed a Notice of Related Action with the MDL Panel seeking to transfer this case to be part of a multi-district litigation proceeding, *In re Wal-Mart Employment Practices Litigation*, MDL Docket # 1735, pending in Las Vegas, Nevada.

3. Defendants believe that this case will be transferred to MDL Docket # 1735 in the near future.

4. The Court in MDL Docket # 1735 has entered an order which provides that answers, motions or other responsive pleadings to complaints that are already part of an MDL Docket # 1735 or which will be transferred to MDL Docket # 1735 in the future, are not due until a date to be set by that Court after it rules on a pending Motion to Dismiss. A copy of the Order is attached hereto as Exhibit A.

5. In light of the pending request for transfer, and in light of the MDL Court's Order regarding the deadline for Defendants to file responsive pleadings, Defendants respectfully request that the deadline for Defendants to answer, move or otherwise respond to the Complaint in this case be deferred until after this case has been transferred to MDL Docket # 1735 in Nevada.

///
///
///

1
PROOF OF SERVICE

*286115733v1 999972.661524*

**WHEREFORE**, the parties respectfully request that this Motion be granted and the answer or other responsive pleading not be due until after transfer to MDL Docket #1735.

DATED: December 21, 2006    FURTH LEHMANN & GRANT LLP

By /s/
Jessica L. Grant

Attorneys for Plaintiff EILEEN FOSTER, on behalf of herself and all others similarly situated

DATED: December 21, 2006    GREENBERG TRAURIG, LLP

By /s/
Michael Drury

Attorneys for WAL-MART STORES, INC., a Delaware corporation, SAM'S WEST, INC., a California corporation

**IT IS ORDERED THAT** Defendants, WAL-MART STORES, INC., a Delaware corporation and SAM'S WEST, INC., a California corporation, are granted an extension of time in which to respond to Plaintiffs' Complaint in the above matter until the case is transferred MDL Docket #1735.

DATED: 1/4/07    UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By 
Honorable Samuel Conti



2
PROOF OF SERVICE

286115733v1 999972.661524