**A CERTIFIED TRUE COPY**

JAN - 9 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
**JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

JAN 2 2 2007          DEC 2 2 2006

RICHARD W. WIEKING  **FILED**
*DOCKET NO. 1735* CLERK, U.S. DISTRICT COURT  CLERK'S OFFICE
NORTHERN DISTRICT OF CALIFORNIA

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION*

*Eileen Foster v. Wal-Mart Stores, Inc., et al.,* N.D. California, C.A. No. 3:06-7272
*Lori Kraemer v. Wal-Mart Stores, Inc.,* D. North Dakota, C.A. No. 3:06-98

### *CONDITIONAL TRANSFER ORDER (CTO-5)*

On February 16, 2006, the Panel transferred five civil actions to the United States District Court for the District of Nevada for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 416 F.Supp.2d 1356 (J.P.M.L. 2006). Since that time, 13 additional actions have been transferred to the District of Nevada. With the consent of that court, all such actions have been assigned to the Honorable Philip M. Pro.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Nevada and assigned to Judge Pro.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Nevada for the reasons stated in the order of February 16, 2006, and, with the consent of that court, assigned to the Honorable Philip M. Pro.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Nevada. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN - 9 2007

**CLERK'S OFFICE**
**JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

I hereby attest and certify on 1/18/07
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**DEC 2.2 2006**

## *DOCKET NO. 1735*

FILED
CLERK'S OFFICE

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION*

*Eileen Foster v. Wal-Mart Stores, Inc., et al.,* N.D. California, C.A. No. 3:06-7272
*Lori Kraemer v. Wal-Mart Stores, Inc.,* D. North Dakota, C.A. No. 3:06-98

### *CONDITIONAL TRANSFER ORDER (CTO-5)*

On February 16, 2006, the Panel transferred five civil actions to the United States District Court
for the District of Nevada for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. § 1407. *See* 416 F.Supp.2d 1356 (J.P.M.L. 2006). Since that time, 13 additional actions
have been transferred to the District of Nevada. With the consent of that court, all such actions
have been assigned to the Honorable Philip M. Pro.

It appears that the actions on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the District of Nevada and assigned to Judge
Pro.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation,
199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the
District of Nevada for the reasons stated in the order of February 16, 2006, and, with the consent
of that court, assigned to the Honorable Philip M. Pro.

This order does not become effective until it is filed in the Office of the Clerk of the United
States District Court for the District of Nevada. The transmittal of this order to said Clerk shall
be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk
of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**JAN - 9 2007**

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



## INVOLVED COUNSEL LIST (CTO-5)
## DOCKET NO. 1735
## IN RE WAL-MART WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

Jessica L. Grant
Furth Lehmann & Grant, LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-2303

Mike J. Miller
Solberg, Stewart, Miller & Tjon, Ltd.
1129 5th Avenue South
P.O. Box 1897
Fargo, ND 58107-1897

**Other Orders/Judgments**

2:06-cv-00225-PMP-PAL MDL 1735 - In RE: Wal-Mart Wage & Hour Employment Practices
Litigation

**United States District Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GEW, entered on 1/18/2007 at 12:49 PM PST and filed on
1/11/2007

**Case Name:**          MDL 1735 - In RE: Wal-Mart Wage & Hour Employment Practices Litigation
**Case Number:**      2:06-cv-225
**Filer:**
**Document Number:** 117

**Docket Text:**
(cc) ORDER from MDL Panel re [116] Order. Certified copy transferring Eileen Foster v. Wal-Mart
Stores, Inc., et al, ND California, 3:06-7272 and Lori Kraemer v. Wal-Mart Stores, Inc., North Dakota
3:06-98 to District of NV. (see doc for details) Signed by MDL Panel on 1/9/07. (GEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=1/18/2007] [FileNumber=3335910-0
] [c602f2673288f5dd99e2a58f50e3962daa9c80cc4bc3d0d4dc1cb5ee0b51b6b63dc
709fc255bd76a669041c0da998e95888c89a9e007a15d231bd91e188438a0]]

**2:06-cv-225 Notice will be electronically mailed to:**

Sammi V. Anderson    sanderson@mc2b.com,

Craig O. Asbill    casbill@carolinalaw.com,

Jeffrey S. Beck    jeffrey.beck@bakerd.com

Naomi Beer    beern@gtlaw.com, brechteld@gtlaw.com, ashb@gtlaw.com

Bradley D. Bonner    brad@bonnerstinsonpc.net

Robert J. Bonsignore    Rbonsignore@aol.com, rauschlawfirm@dybb.com, greg_greiner@msn.com

Brian W Boschee    bboschee@nevadafirm.com, cjohnson@nevadafirm.com,
usdcecf@nevadafirm.com

Ellen E. Boshkoff    ellen.boshkoff@bakerd.com

Lee Bruner    lee@prrlaw.com

Brian C. Buescher    Brian.Buescher@kutakrock.com,

Carolyn Burton    rcbeasley@comcast.net, rbonsignore@aol.com

Mark C. Choate    markcchoate@yahoo.com, jmacneil@san.rr.com

Brian Duffy    duffyb@gtlaw.com, staffordjl@gtlaw.com

Paul C. EchoHawk    paul@echohawk.com

Lindsay Ann Eckes    leckes@hirstapplegate.com,

Royce Deryl Edwards , Jr    rde417@hotmail.com,

Rudy A. Englund    englundr@lanepowell.com, lunda@lanepowell.com; fosterk@lanepowell.com; docketing@lanepowell.com

Ivy L Frignoca    ifrignoca@lambertcoffin.com,

Jessica L Grant    jgrant@furth.com,

Carolyn K. Gugelyk    cgugelyk@goodsill.com,

Christopher R. Hedican    chedican@bairdholm.com, kkimball@bairdholm.com

J. Thomas Henretta    henrettalaw@neo.rr.com,

Melissa Carol Hinton    mhinton@dehs.com

Don V. Huynh    dhuynh@ppyrlaw.com,

Robert Carl Jarosh    rjarosh@hirstapplegate.com,

Brendan V. Johnson    brendan@jhmmj.com,

Thomas J. Kenny    thomas.kenny@kutakrock.com

Michael J. Killeen    mikekilleen@dwt.com,

Barry M. Klayman    bklayman@wolfblock.com

Carol P LaPlant    carollaplant@msn.com

Roberto Antonio Lange    rlange@dehs.com,

Michael P. Lehmann    mplehmann@furth.com, gmgray@furth.com, newman@furth.com, czapanta@furth.com

Nathan R. Long    nate@echohawk.com,

John C. McLaren    john@ppyrlaw.com, chris@ppyrlaw.com; nona@ppyrlaw.com

Daniel J. Mitchell    dmitchell@bernsteinshur.com, dhoy@bernsteinshur.com; nrancourt@bernsteinshur.com

Glen W. Neeley   glneeley@yahoo.com

Thomas A Nicholas , III   tnicholas@hirstapplegate.com,

Gary S. Nitsche   gnitsche@attys4u.com,

Arthur Y. Park   apark@ppyrlaw.com

Wayne D. Parsons   mdodge@alohano.com

Barbara A. Petrus   bpetrus@goodsill.com, mnakagawa@goodsill.com; dmartian@goodsill.com

Dirk A Ravenholt   lawdirk@aol.com,

Michael Reiss   mikereiss@dwt.com,

Laurent J. Remillard , Jr   lremillard@ppyrlaw.com,

Samuel K. Rudman   srudman@lambertcoffin.com,

Mary K. Schug   schugm@lanepowell.com

Fred Schultz   fschultz@kiva.net, djenkins@kiva.net

Gary R. Scott   gscott@hirstapplegate.com,

Bradd N. Siegel   bsiegel@porterwright.com,

Susan Brunick Simons   ssimons@dehs.com,

Cynthia K. Smith   cks@montanalaw.com,

Laurence William Stinson   laurence@bonnerstinsonpc.net

Matthew T. Tobin   matt@jhmmj.com

Kathleen W. Toth   ktoth@mc2b.com,

Marcia A. Washkuhn   Marcia.Washkuhn@kutarock.com

Christopher P. Welsh   cwelsh@welsh-law.com

James R. Welsh   jwelsh@welsh-law.com,

James E Whitmire, III   jwhitmire@nevadafirm.com, jsmith@nevadafirm.com,
usdcecf@nevadafirm.com, fortega@nevadafirm.com, tedwards@nevadafirm.com

Kurt D. Williams   kwilliams@bowse-law.com, sstallbaumer@bowse-law.com; dsullivan@bowse-law.com

David L. Young   youngd@lanepowell.com

### 2:06-cv-225 Notice will be delivered by other means to:

Daniel D. Ambrose
Ambrose, Ambrose
1007 W. Maple Road
Walled Lake, MI 48390

Richard P. Batesky , Jr
22 East Washington Street
Suite 600
Indianapolis, IN 46204

Frederick P. Furth
Furth Lehmann & Grant LLP
Furth Building
225 Bush Street
15th Floor
San Francisco, CA 94104

Maria B. Glorioso
Glorioso Law Firm
815 Baronne St.
New Orleans, LA 70113

Vincent J Glorioso , III
Glorioso Law Firm
815 Baronne St.
New Orleans, LA 70113

Gregory F Greiner
Greiner Law Office PC
PO Box 13347
Des Moines, IA 50310

Robert K. McCalla
Fisher & Phillips, LLC
201 St. Charles Ave.
Suite 3710
New Orleans, LA 70170

Mike J. Miller
Solberg Stewart Miller & Tjon Ltd
PO Box 1897
Fargo, ND 58107-1897

John Jay Rausch
Rausch Law Firm
2022-2024 Bopp Street
PO Box 905
Waterloo, IA 50702

Edmund K. Saffery
Goodsill Anderson Quinn & Stifel, LLP
1099 Alakea Street
Suite 1800

Lawrence Joseph Sorohan , II
Fisher & Phillips, LLP
201 St. Charles Ave.
Suite 3710
New Orleans, LA 701070

Jim Odell Stuckey , II
Littler Mendelson, PC
100 North Tryon Street
Suite 4150
Charlotte, NC 28202-4000

Stacey Elizabeth Tjon
Solberg Stewart Miller & Tjon
PO Box 1897
Fargo, ND 58107-1897

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

January 9, 2007

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Re:  MDL-1735 -- In re Wal-Mart Wage and Hour Employment Practices Litigation

(See Attached CTO-5)

Dear Mr. Wilson:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on December 22, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Deputy Clerk

Attachment

cc:  Transferee Judge:     Judge Philip M. Pro
     Transferor Judges:    Judge Samuel Conti; Judge Rodney S. Webb
     Transferor Clerks:    Edward J. Klecker; Richard W. Wieking

JPML Form 36

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**DISTRICT OF NEVADA**
**LLOYD D. GEORGE US COURTHOUSE**
**333 LAS VEGAS BOULEVARD SOUTH**
**LAS VEGAS, NEVADA 89101**
**(702) 464-5400**

**CYNTHIA K. JENSEN**
**CHIEF DEPUTY, LAS VEGAS**

**LANCE S. WILSON**
**CLERK OF COURT**

**RECEIVED** **JAKE HERB**
**CHIEF DEPUTY, RENO**

January 18, 2007

JAN 2 2 2007

Clerk of the Court
U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN RE: MDL 1735** **In RE: WAL-MART WAGE & HOUR EMPLOYMENT PRACTICES**
**LITIGATION 2:06-cv-00225-PMP-PAL**

Dear Clerk:

Enclosed is a certified copy (or copies) of an order of the Judicial Panel on Multidistrict Litigation directing the transfer of the below referenced civil action(s) to this district under 28 U.S.C. Section 1407.

Please send us your **original file** along with a certified copy of your docket entries. When you send your file, please refer to our civil action number. You may send the file by CD.

| TITLE OF CASE | Your Case Number | Our Case Number |
|---|---|---|
| **NORTHERN DISTRICT OF CALIFORNIA** | | |
| Eileen Foster v. Wal-Mart Stores, Inc., | | |
| et al | 3:06-7272 **SC** | 2:07-cv-0067-PMP-PAL |

Sincerely,

LANCE S. WILSON, Clerk
Enclosure: US DISTRICT COURT

By Grace Walters
Grace Walters, Deputy Clerk

cc: Michael Beck, Clerk of the Panel
(See attorney service list)

**Other Events**

2:06-cv-00225-PMP-PAL MDL 1735 - In RE: Wal-Mart Wage & Hour Employment Practices Litigation

## United States District Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from GEW, entered on 1/18/2007 at 1:14 PM PST and filed on 1/18/2007

**Case Name:** MDL 1735 - In RE: Wal-Mart Wage & Hour Employment Practices Litigation
**Case Number:** 2:06-cv-225
**Filer:**
**Document Number:** 118

**Docket Text:**
TRANSMITTAL re [117] Order to Northern District of CA transferring case 3:06-7272 Eileen Foster v. Wal-Mart Stores, Inc., et al to District of Nevada case number 2:07-cv-0067-PMP-PAL. (GEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=1/18/2007] [FileNumber=3335967-0
] [b934871e21099ece2c3ff0a179f9e240668c693af49cbb3b5c9170516d56fff0bf8
bd7a63d39498457f6bed23c917e476f39e7ef5361bb3f98ef65601125a245]]

### 2:06-cv-225 Notice will be electronically mailed to:

Sammi V. Anderson    sanderson@mc2b.com,

Craig O. Asbill    casbill@carolinalaw.com,

Jeffrey S. Beck    jeffrey.beck@bakerd.com

Naomi Beer    beern@gtlaw.com, brechteld@gtlaw.com, ashb@gtlaw.com

Bradley D. Bonner    brad@bonnerstinsonpc.net

Robert J. Bonsignore    Rbonsignore@aol.com, rauschlawfirm@dybb.com, greg_greiner@msn.com

Brian W Boschee    bboschee@nevadafirm.com, cjohnson@nevadafirm.com,
usdcecf@nevadafirm.com

Ellen E. Boshkoff    ellen.boshkoff@bakerd.com

Lee Bruner    lee@prrlaw.com

Brian C. Buescher    Brian.Buescher@kutakrock.com,

Carolyn Burton    rcbeasley@comcast.net, rbonsignore@aol.com

Mark C. Choate    markcchoate@yahoo.com, jmacneil@san.rr.com

Brian Duffy    duffyb@gtlaw.com, staffordjl@gtlaw.com

Paul C. EchoHawk    paul@echohawk.com

Lindsay Ann Eckes    leckes@hirstapplegate.com,

Royce Deryl Edwards , Jr    rde417@hotmail.com,

Rudy A. Englund    englundr@lanepowell.com, lunda@lanepowell.com; fosterk@lanepowell.com;
docketing@lanepowell.com

Ivy L Frignoca    ifrignoca@lambertcoffin.com,

Jessica L Grant    jgrant@furth.com,

Carolyn K. Gugelyk    cgugelyk@goodsill.com,

Christopher R. Hedican    chedican@bairdholm.com, kkimball@bairdholm.com

J. Thomas Henretta    henrettalaw@neo.rr.com,

Melissa Carol Hinton    mhinton@dehs.com

Don V. Huynh    dhuynh@ppyrlaw.com,

Robert Carl Jarosh    rjarosh@hirstapplegate.com,

Brendan V. Johnson    brendan@jhmmj.com,

Thomas J. Kenny    thomas.kenny@kutakrock.com

Michael J. Killeen    mikekilleen@dwt.com,

Barry M. Klayman    bklayman@wolfblock.com

Carol P LaPlant    carollaplant@msn.com

Roberto Antonio Lange    rlange@dehs.com,

Michael P. Lehmann    mplehmann@furth.com, gmgray@furth.com, newman@furth.com,
czapanta@furth.com

Nathan R. Long    nate@echohawk.com,

John C. McLaren    john@ppyrlaw.com, chris@ppyrlaw.com; nona@ppyrlaw.com

Daniel J. Mitchell    dmitchell@bernsteinshur.com, dhoy@bernsteinshur.com;
nrancourt@bernsteinshur.com

Glen W. Neeley    glneeley@yahoo.com

Thomas A Nicholas , III    tnicholas@hirstapplegate.com,

Gary S. Nitsche    gnitsche@attys4u.com,

Arthur Y. Park    apark@ppyrlaw.com

Wayne D. Parsons    mdodge@alohano.com

Barbara A. Petrus    bpetrus@goodsill.com, mnakagawa@goodsill.com; dmartian@goodsill.com

Dirk A Ravenholt    lawdirk@aol.com,

Michael Reiss    mikereiss@dwt.com,

Laurent J. Remillard , Jr    lremillard@ppyrlaw.com,

Samuel K. Rudman    srudman@lambertcoffin.com,

Mary K. Schug    schugm@lanepowell.com

Fred Schultz    fschultz@kiva.net, djenkins@kiva.net

Gary R. Scott    gscott@hirstapplegate.com,

Bradd N. Siegel    bsiegel@porterwright.com,

Susan Brunick Simons    ssimons@dehs.com,

Cynthia K. Smith    cks@montanalaw.com,

Laurence William Stinson    laurence@bonnerstinsonpc.net

Matthew T. Tobin    matt@jhmmj.com

Kathleen W. Toth    ktoth@mc2b.com,

Marcia A. Washkuhn    Marcia.Washkuhn@kutarock.com

Christopher P. Welsh    cwelsh@welsh-law.com

James R. Welsh    jwelsh@welsh-law.com,

James E Whitmire, III    jwhitmire@nevadafirm.com, jsmith@nevadafirm.com,
usdcecf@nevadafirm.com, fortega@nevadafirm.com, tedwards@nevadafirm.com

Kurt D. Williams    kwilliams@bowse-law.com, sstallbaumer@bowse-law.com; dsullivan@bowse-law.com

David L. Young    youngd@lanepowell.com

**2:06-cv-225 Notice will be delivered by other means to:**

Daniel D. Ambrose
Ambrose, Ambrose
1007 W. Maple Road
Walled Lake, MI 48390

Richard P. Batesky , Jr
22 East Washington Street
Suite 600
Indianapolis, IN 46204

Michael Drury
Greenberg Traurig, LLP
650 Town Center Drive
Suite 1700
Costa Mesa, CA 92626

Frederick P. Furth
Furth Lehmann & Grant LLP
Furth Building
225 Bush Street
15th Floor
San Francisco, CA 94104

Maria B. Glorioso
Glorioso Law Firm
815 Baronne St.
New Orleans, LA 70113

Vincent J Glorioso , III
Glorioso Law Firm
815 Baronne St.
New Orleans, LA 70113

Gregory F Greiner
Greiner Law Office PC
PO Box 13347
Des Moines, IA 50310

Robert K. McCalla
Fisher & Phillips, LLC
201 St. Charles Ave.
Suite 3710
New Orleans, LA 70170

Mike J. Miller
Solberg Stewart Miller & Tjon Ltd
PO Box 1897
Fargo, ND 58107-1897

John Jay Rausch
Rausch Law Firm
2022-2024 Bopp Street
PO Box 905
Waterloo, IA 50702

Edmund K. Saffery
Goodsill Anderson Quinn & Stifel, LLP
1099 Alakea Street
Suite 1800
Honolulu, HI 96813

Lawrence Joseph Sorohan , II
Fisher & Phillips, LLP
201 St. Charles Ave.
Suite 3710
New Orleans, LA 701070

Jim Odell Stuckey , II
Littler Mendelson, PC
100 North Tryon Street
Suite 4150
Charlotte, NC 28202-4000

Stacey Elizabeth Tjon
Solberg Stewart Miller & Tjon
PO Box 1897
Fargo, ND 58107-1897